UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re: § Case No. 20-11633-CMA
 §
ASSOCIATED ROOFING INC §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Edmund Wood, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,313.01 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $100,810.37 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $70,944.46 | | |

3) Total gross receipts of $171,754.83 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $171,754.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $57,152.00 | $25,400.91 | $25,400.91 | $26,284.96 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $71,105.20 | $71,105.20 | $70,944.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $117,051.12 | $145,465.98 | $116,322.30 | $74,525.41 |
| General Unsecured Claims (from **Exhibit 7**) | $353,552.16 | $334,797.77 | $161,140.32 | $0.00 |
| **Total Disbursements** | $527,755.28 | $576,565.95 | $373,764.82 | $171,754.83 |

4). This case was originally filed under chapter 7 on 06/11/2020. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2023         By:   /s/ Edmund Wood
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | $10,377.61 |
| Automobiles: 2017 Toyota Highlander (vin: 5TDDZRFH4HS411435); 2015 Ford F-150 extended cab (vin: 1FTFX1EF2FKD61056), 20 | 1129-000 | $51,750.00 |
| 1990 Ford L8000, flatbed, VIN: 1FDXR82A5LVA21115; plate: 66206R; seal coat truck | 1229-000 | $1,800.00 |
| 1997 International 4700 dump truck; VIN: 1HTSLABM2VH493424; plate: B17508X | 1229-000 | $10,750.00 |
| 2000 Ford F-350, crew cab flatbed, (VIN: 1FDWW37F6YED35763; plate: B17501X) | 1229-000 | $12,750.00 |
| 2001 Ford F-450, crew cab flatbed, (VIN: 1FDXW46F91EC84289 / plate B17502X) | 1229-000 | $8,600.00 |
| 2002 Western Dump trailer, VIN: 1W9D610L62C166155; plate: 2570ZJ | 1229-000 | $4,800.00 |
| 2003 Kenworth T300 truck, VIN: 2NKMLD9X13M394789; plate: A11920R | 1229-000 | $8,735.10 |
| 2004 Ford F-150 pickup, VIN: 1FTRF12W24NB48477 / plate: B17505X) | 1229-000 | $4,672.00 |
| 2004 Ford F450 flatbed (VIN: 1FDXF46P24ED73845 / plate: B54416U) | 1229-000 | $16,750.00 |
| 2005 Ford F150 pickup, (VIN: 1FTPX12525NA60221; plate: B17506X) | 1229-000 | $4,511.00 |
| 2006 Ford E-250 van, (VIN: 1FTNE24L86DB37857; plate: C46940C) | 1229-000 | $7,750.00 |
| 2006 Ford F150 pickup, (VIN: 1FTPW12556FA14901; plate: B35693Z) | 1229-000 | $11,373.00 |
| 2013 Ford F150 ext. cab pickup; vin: 1FTEX1CM0DKE71520 | 1229-000 | $7,200.00 |
| Amerigas / refund | 1229-000 | $130.56 |
| JJJ Properties | 1229-000 | $2,264.90 |
| Premium Refund - Assoc. Employers Trust Commercial Construction | 1229-000 | $1,528.68 |
| Premium Refund: Capital Premium Financing | 1229-000 | $711.98 |
| Toyota 42-5FG25 forklift; Serial # 80359; | 1229-000 | $5,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$171,754.83** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE


**EXHIBIT 3 – SECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Ford Motor Credit Company LLC | 4110-000 | $0.00 | $15,428.88 | $15,428.88 | $16,312.93 |
| 13 | Ford Motor Credit Company, LLC | 4110-000 | $0.00 | $9,972.03 | $9,972.03 | $9,972.03 |
| | Ford Credit | 4110-000 | $16,285.00 | $0.00 | $0.00 | $0.00 |
| | Ford Credit | 4110-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | Toyota Financial Services | 4110-000 | $30,867.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $57,152.00 | $25,400.91 | $25,400.91 | $26,284.96 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Compensation, Trustee | 2100-000 | NA | $11,837.74 | $11,837.74 | $11,837.74 |
| Expenses, Trustee | 2200-000 | NA | $119.48 | $119.48 | $119.48 |
| International Sureties, Ltd | 2300-000 | NA | $49.24 | $49.24 | $92.41 |
| First Sound Bank | 2600-000 | NA | $3,474.44 | $3,474.44 | $3,474.44 |
| Fees, Attorney for Trustee | 3210-000 | NA | $25,078.00 | $25,078.00 | $25,078.00 |
| Expenses, Attorney for Trustee | 3220-000 | NA | $1,047.82 | $1,047.82 | $969.45 |
| fees, Accountant for Trustee | 3410-000 | NA | $11,497.75 | $11,497.75 | $11,497.75 |
| Expenses, Accountant for Trustee | 3420-000 | NA | $203.91 | $203.91 | $78.37 |
| James G. Murphy Co - auctioneer costs - towing 14 vehicles, Auctioneer for Trustee | 3610-000 | NA | $2,996.22 | $2,996.22 | $2,996.22 |
| James G. Murphy Co. - auctioneer fees, Auctioneer for Trustee | 3610-000 | NA | $14,800.60 | $14,800.60 | $14,800.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $71,105.20 | $71,105.20 | $70,944.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 1p | IRS | 5800-000 | $0.00 | $1,400.89 | $1,400.89 | $897.53 |
| 1 | IRS | 5800-000 | $0.00 | $29,143.68 | $0.00 | $0.00 |
| 12p | Washington State Department of Labor & Industries | 5800-000 | $0.00 | $26,132.71 | $26,132.71 | $16,742.71 |
| 14p | Washington Department of Revenue | 5800-000 | $0.00 | $88,788.70 | $88,788.70 | $56,885.17 |
| | IRS | 5800-000 | $1,400.87 | $0.00 | $0.00 | $0.00 |
| | WA Department of Revenue | 5800-000 | $89,677.00 | $0.00 | $0.00 | $0.00 |
| | WA Dept of L & I | 5800-000 | $24,214.76 | $0.00 | $0.00 | $0.00 |
| | WA Employment Security Dept | 5800-000 | $1,758.49 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $117,051.12 | $145,465.98 | $116,322.30 | $74,525.41 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Marine Lumber | 7100-000 | $69.94 | $69.94 | $69.94 | $0.00 |
| 3 | Aurora Rents | 7100-000 | $309.21 | $305.26 | $305.26 | $0.00 |
| 4 | Dunn Lumber | 7100-000 | $118.00 | $118.00 | $118.00 | $0.00 |
| 5 | Convoy Supply | 7100-000 | $41,037.35 | $44,642.71 | $44,642.71 | $0.00 |
| 6 | Pioneer Roofing Supply | 7100-000 | $53,561.62 | $53,302.12 | $53,302.12 | $0.00 |
| 7 | Puget Sound Energy | 7100-000 | $55.63 | $55.45 | $55.45 | $0.00 |
| 8 | American Express National Bank | 7100-000 | $26,983.76 | $27,402.75 | $27,402.75 | $0.00 |
| 9 | MUFG UNION BANK, N.A./SAD-SBU | 7100-000 | $0.00 | $27,195.88 | $0.00 | $0.00 |
| 9z | MUFG UNION BANK, N.A./SAD-SBU | 7100-000 | $0.00 | $27,195.88 | $0.00 | $0.00 |
| 10A | MUFG UNION BANK, N.A./SAD-SBU | 7100-000 | $0.00 | $27,061.67 | $27,061.67 | $0.00 |
| 10 | MUFG UNION BANK, N.A./SAD-SBU | 7100-000 | $0.00 | $80,738.15 | $0.00 | $0.00 |
| 12x | Washington State Department of Labor & Industries | 7300-000 | $0.00 | $4,893.84 | $4,893.84 | $0.00 |

| # | Creditor | Account | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| 15 | Synchrony Bank | 7100-000 | $0.00 | $479.59 | $479.59 | $0.00 |
| 16z | Developers Surety and Indemnity Company | 7200-000 | $0.00 | $7,139.00 | $0.00 | $0.00 |
| 16 | Developers Surety and Indemnity Company | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7200-000 | $0.00 | $31,388.54 | $0.00 | $0.00 |
| 17 | Toyota Motor Credit Corporation c/o Becket and Lee LLP | 7200-000 | $0.00 | $2,808.99 | $2,808.99 | $0.00 |
|  | ABC Supply | 7100-000 | $23,681.37 | $0.00 | $0.00 | $0.00 |
|  | ABR | 7100-000 | $1,848.91 | $0.00 | $0.00 | $0.00 |
|  | ARCO Business Solutions | 7100-000 | $910.00 | $0.00 | $0.00 | $0.00 |
|  | Bryan Jay Kaestner | 7100-000 | $35,182.00 | $0.00 | $0.00 | $0.00 |
|  | Capital Premium Financing, Inc | 7100-000 | $12,847.73 | $0.00 | $0.00 | $0.00 |
|  | Citi Cards | 7100-000 | $35,594.43 | $0.00 | $0.00 | $0.00 |
|  | City of Seattle | 7100-000 | $139.81 | $0.00 | $0.00 | $0.00 |
|  | Clean Scapes | 7100-000 | $674.62 | $0.00 | $0.00 | $0.00 |
|  | Comcast | 7100-000 | $440.08 | $0.00 | $0.00 | $0.00 |
|  | Commercial Dist. Specialists | 7100-000 | $533.24 | $0.00 | $0.00 | $0.00 |
|  | CP Sheet Metal | 7100-000 | $1,477.60 | $0.00 | $0.00 | $0.00 |
|  | Dependable Const | 7100-000 | $246.52 | $0.00 | $0.00 | $0.00 |
|  | Dependable Const. Supply, Inc. | 7100-000 | $3.09 | $0.00 | $0.00 | $0.00 |
|  | Developer Surety & Indem Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Dex Media West | 7100-000 | $13,859.81 | $0.00 | $0.00 | $0.00 |
|  | INSCO Insurance Services Inc., | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Intermountain Supply | 7100-000 | $1,885.21 | $0.00 | $0.00 | $0.00 |
|  | Jiffy Lube | 7100-000 | $234.91 | $0.00 | $0.00 | $0.00 |
|  | Lake City Way Shell | 7100-000 | $450.95 | $0.00 | $0.00 | $0.00 |
|  | Les Schwab | 7100-000 | $255.59 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Lewis Brisbois Bisgaard Smith | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Liberty Mutual Insurance | 7100-000 | $1,925.76 | $0.00 | $0.00 | $0.00 |
| Live Voice | 7100-000 | $128.75 | $0.00 | $0.00 | $0.00 |
| Lowes Pro Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pearlla Jo Kaestner | 7100-000 | $73,997.00 | $0.00 | $0.00 | $0.00 |
| PIP Printing | 7100-000 | $1,262.02 | $0.00 | $0.00 | $0.00 |
| Plywood Supply | 7100-000 | $104.31 | $0.00 | $0.00 | $0.00 |
| Recology King County | 7100-000 | $1,349.24 | $0.00 | $0.00 | $0.00 |
| Republic Services | 7100-000 | $498.49 | $0.00 | $0.00 | $0.00 |
| Seattle City Light | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Seattle Power | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Snohomish County | 7100-000 | $1,887.41 | $0.00 | $0.00 | $0.00 |
| Stoneway Roofing | 7100-000 | $2,122.05 | $0.00 | $0.00 | $0.00 |
| Tacoma Screw Product | 7100-000 | $16.15 | $0.00 | $0.00 | $0.00 |
| Union Bank | 7100-000 | $8,546.60 | $0.00 | $0.00 | $0.00 |
| Union Bank | 7100-000 | $9,313.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $353,552.16 | $334,797.77 | $161,140.32 | $0.00 |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Union Bank Checking Account 1959 | $618.00 | $618.00 | | $0.00 | FA |
| Asset Notes: | 07/15/2020 - dkt 33 - amended schedules. No change to this asset. | | | | | |
| 2 | Union Bank Savings Account 0167 | $95.01 | $95.01 | | $0.00 | FA |
| Asset Notes: | 07/15/2020 - dkt 33 - amended schedules. No change to this asset. | | | | | |
| 3 | Accounts receivable | $14,936.93 | $14,936.93 | | $10,377.61 | FA |
| Asset Notes: | 90 days or less: $12,915.27<br>90 days or more: $1,528.68<br>Over 90 days: $492.98<br>07/15/2020 - dkt 33 - amended schedules. No change to this asset. | | | | | |
| 4 | Raw materials/Roofing Materials | $3,800.00 | $3,800.00 | | $0.00 | FA |
| Asset Notes: | 07/15/2020 - dkt 33 - amended schedules. No change to this asset. | | | | | |
| 5 | Office furniture, fixtures, equipment | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Furniture (5 desks & chairs) $500.00<br>Office equipment (incl. computers, software, etc.) $500.00<br>2019 Federal Asset Report: #1, 2, 3, 4, 5, 20, and 39<br>07/15/2020 - dkt 33 - amended schedules. No change to this asset. | | | | | |
| 6 | Automobiles: 2017 Toyota Highlander (vin: 5TDDZRFH4HS411435);  2015 Ford F-150 extended cab (vin: 1FTFX1EF2FKD61056), 2017 F-250 (vin: 1FT7W2B64HEB48578) | $67,800.00 | $10,648.00 | | $51,750.00 | FA |
| Asset Notes: | 2017 Toyota Highlander $0.00 Comparable sale $23,000.00  (FAL #50)<br>2015 Ford F-150 $0.00 $12,000.00 (FAL #45)<br>2017 F-250 $0.00 $22,300.00 (FAL #46<br><br>2019 Federal Asset List; These items @ JG Murphy for auction.<br>07/15/2020 - dkt 33 - amended schedules. No change to this asset.<br><br>Toyota will not be sold; no value to estate.  To be returned to lienholder<br>09/28/2020 - Order setting reserve on 2017 Ford  F250 @ $16,287.69;<br><br>11/29/2021 - dkt 97 - order approving motion for relief from stay on Toyota. | | | | | |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 06/28/2022 - dkt 119 - 2017 Toyota abandoned | | | | | |
| **Ref. #** | | | | | |
| 7  Funds from customer | $800.00 | $800.00 | | $0.00 | FA |
| **Asset Notes:** This was in the checks the trustee initially deposited | | | | | |
| 8  Amerigas / refund (u) | $0.00 | $130.56 | | $130.56 | FA |
| 9  2004 Ford F450 flatbed (VIN: 1FDXF46P24ED73845 / plate: B54416U) (u) | $0.00 | Unknown | | $16,750.00 | FA |
| **Asset Notes:** Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner<br><br>07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $3800. Debtor describes as a dump truck | | | | | |
| 10  2001 Ford F-450, crew cab flatbed, (VIN: 1FDXW46F91EC84289 / plate B17502X) (u) | $0.00 | Unknown | | $8,600.00 | FA |
| **Asset Notes:** Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner<br>Federal Asset List #22<br><br>07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $6500.00.<br><br>Sold at auction | | | | | |
| 11  2000 Ford F-350, crew cab flatbed, (VIN: 1FDWW37F6YED35763; plate: B17501X) (u) | $0.00 | Unknown | | $12,750.00 | FA |
| **Asset Notes:** Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner<br>Federal Asset List #21<br>07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $8500<br><br>Sold at auction | | | | | |
| 12  2004 Ford F-150 pickup, VIN: 1FTRF12W24NB48477 / plate: B17505X) (u) | $0.00 | $0.00 | | $4,672.00 | FA |
| **Asset Notes:** Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner<br>Federal Asset List #29<br><br>07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $2000 | | | | | |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | Sold at auction | | | | | |
| 13 | 1990 Ford L8000, flatbed, VIN: 1FDXR82A5LVA21115; plate: 66206R; seal coat truck (u) | $0.00 | Unknown | | $1,800.00 | FA |
| **Asset Notes:** | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $2500 | | | | | |
| | Sold at auction | | | | | |
| 14 | 2006 Ford E-250 van, (VIN: 1FTNE24L86DB37857; plate: C46940C) (u) | $0.00 | Unknown | | $7,750.00 | FA |
| **Asset Notes:** | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  Federal Asset List #35  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $4000 | | | | | |
| | Sold at auction | | | | | |
| 15 | 1997 International 4700 dump truck; VIN: 1HTSLABM2VH493424; plate: B17508X (u) | $0.00 | Unknown | | $10,750.00 | FA |
| **Asset Notes:** | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  Federal Asset List #18  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $10,000.00. | | | | | |
| | Sold at auction | | | | | |
| 16 | 2005 Ford F150 pickup, (VIN: 1FTPX12525NA60221; plate: B17506X) (u) | $0.00 | Unknown | | $4,511.00 | FA |
| **Asset Notes:** | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  Federal Asset List #31 | | | | | |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $4700. | | | | | |
| | Sold at auction | | | | | |
| Ref. # | | | | | | |
| 17 | 2006 Ford F150 pickup, (VIN: 1FTPW12556FA14901; plate: B35693Z) **(u)** | $0.00 | Unknown | | $11,373.00 | FA |
| Asset Notes: | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  Federal Asset List #33;This item is @ JG Murphy for auction  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $1400.00 / debtor's note: not running  Sold at auction | | | | | |
| 18 | 1991 Tar Kettle, trailer, VIN: 17665, plate 9608VN **(u)** | $0.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Trustee's note: In rear yard of business premises @ first visit to premises. Registered owner: debtor; lienholder: Bryan/Pearlla Kaestner  Federal Asset List #9  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $4,500.00. Lien holder - Bryan/Pearlla Kaestner. Trustee deems abandon it back to Kaestners. | | | | | |
| 19 | 2002 Western Dump trailer, VIN: 1W9D610L62C166155; plate: 2570ZJ **(u)** | $0.00 | Unknown | | $4,800.00 | FA |
| Asset Notes: | Registered owner: debtor / lienholder: Bryan/Pearlla Kaestner; location: UNKNOWN  Federal Asset List #47  07/15/2020 - dkt 33 - amended schedules. This asset added after trustee requested turnover. Value set as $1500  Sold at auction | | | | | |
| 20 | 2003 Kenworth T300 truck, VIN: 2NKMLD9X13M394789; plate: A11920R **(u)** | $0.00 | Unknown | | $8,735.10 | FA |
| Asset Notes: | Registered owner: debtor / lienholder: Bryan/Pearlla Kaestner; location: UNKNOWN  Federal Asset List #25 | | | | | |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 07/17/2020 - dkt 34 - amendment to SOFA states this was sold to Tolt Tree Card (PO Box 782, Duvall WA 98019) on 7/1/2020 for $11,000.00. Testimony at 341 hearing was that they used all but $2,000. Pearlla Kaestner is to send the balance of funds to trustee  Sold at auction | | | | | |
| **Ref. #** | | | | | | |
| 21 | Toyota 42-5FG25 forklift; Serial # 80359; (u) | $0.00 | Unknown | | $5,300.00 | FA |
| **Asset Notes:** | not titled; location: middle yard  Federal Asset List #19  07/15/2020 - dkt 33 - amended schedules. This asset added with compressors, fork lift, and handtools.  This item is @ JG Murphy for auction  Sold at auction | | | | | |
| 22 | 2005 Ford F150 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 07/15/2020 - dkt 33 - amended schedules. This asset added. Value set as $1750  Federal Asset List #34 (listed as 2006 on FAL) | | | | | |
| 23 | Compressor (u) | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | 07/15/2020 - dkt 33 - amended schedules. This asset added  Federal Asset List #12 | | | | | |
| 24 | Hand tools (u) | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | 07/15/2020 - dkt 33 - amended schedules. This asset added.  Federal Asset List #41 and 43 (construction equipment) | | | | | |
| 25 | Fencing (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Federal Asset List #6 | | | | | |
| 26 | Conveyer (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Federal Asset List #10 | | | | | |
| 27 | Granulator (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Federal Asset List #11 | | | | | |
| 28 | Power Train (u) | $0.00 | Unknown | | $0.00 | FA |

| Case No.: | 20-11633-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | §341(a) Meeting Date: | 07/16/2020 |
| | | Claims Bar Date: | 10/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Federal Asset List #13

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 29 | Interphaser-Laddervator (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #14

| 30 | Trailer (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #15

| 31 | 2004 Ford F450 Dump Truck; vin: 1FDXF46P24ED73845 (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #30

| 32 | LN 8000 Tanker (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #37

| 33 | Steve Garlock Equipment (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #49

| 34 | '22 Ford F150 PU black truck (u) | $0.00 | Unknown | | $0.00 | FA |

**Asset Notes:** Federal Asset List #44

| 35 | 2013 Ford F150 ext. cab pickup; vin: 1FTEX1CM0DKE71520 (u) | $0.00 | Unknown | | $7,200.00 | FA |

**Asset Notes:** Federal Asset List #44; This item is @ JG Murphy for auction

Sold at auction

| 36 | JJJ Properties (u) | $0.00 | $0.00 | | $2,264.90 | FA |
| 37 | Premium Refund - Assoc. Employers Trust Commercial Construction (u) | $0.00 | $1,528.68 | | $1,528.68 | FA |
| 38 | Premium Refund: Capital Premium Financing (u) | $0.00 | $711.98 | | $711.98 | FA |
| 39 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** voided asset - see asset #20 which is the scheduled asset

**TOTALS (Excluding unknown value)**

| | $89,049.94 | $34,269.16 | | $171,754.83 | **Gross Value of Remaining Assets** $0.00 |

| Case No.: | 20-11633-CMA | | Trustee Name: | Edmund J. Wood |
| Case Name: | ASSOCIATED ROOFING INC | | Date Filed (f) or Converted (c): | 06/11/2020 (f) |
| For the Period Ending: | 2/17/2023 | | §341(a) Meeting Date: | 07/16/2020 |
| | | | Claims Bar Date: | 10/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/22/2022 | 2021 IRS 1120 Corporate Tax Return mailed to Ogden, UT and 2 copies faxed to Centralized Insolvency Operation, Philadelphia, PA requesting quick determination. uploaded to docs/notes. |
| 03/02/2022 | Dkt 105 - Notice of Withdrawal of Proof of Claim #9 filed by MUFG Union Bank |
| 07/27/2020 | dkt 42 - Order entered authorizing employment of Quackenbush, Hansen & Cogar, CPAs, PLLC, as accountants for trustee |
| 07/27/2020 | dkt 41 - Order authorizing employment of Denice Moewes and Wood & Jones PS as attorney for trustee |

**Initial Projected Date Of Final Report (TFR):** 06/11/2022   **Current Projected Date Of Final Report (TFR):** 06/11/2022   /s/ EDMUND J. WOOD

EDMUND J. WOOD

| Case No. | 20-11633-CMA | Trustee Name: | Edmund Wood |
| --- | --- | --- | --- |
| Case Name: | ASSOCIATED ROOFING INC | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4707 | Checking Acct #: | ******5356 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 6/11/2020 | Blanket bond (per case limit): | $51,654,477.00 |
| For Period Ending: | 2/17/2023 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/09/2020 | (3) | Buildings B & C AT | Accounts receivable (memo 63823) | 1121-000 | $721.06 |  | $721.06 |
| 07/09/2020 | (3) | Our Lady of the Lake School | Accounts receivable, 63820 | 1121-000 | $617.66 |  | $1,338.72 |
| 07/09/2020 | (3) | Capstone Commercial REA Terrace View Operating Trust | Accounts receivable 63822 | 1121-000 | $1,244.13 |  | $2,582.85 |
| 07/09/2020 | (3) | McOil LLC, ITF Highpointe LLC | Accounts receivable, 63819 | 1121-000 | $513.70 |  | $3,096.55 |
| 07/09/2020 | (3) | Highpointe Incorporated in Trust for MCC LLC | Accounts receivable, 63818, 63804 | 1121-000 | $993.03 |  | $4,089.58 |
| 07/09/2020 | (3) | Steven H. Katz, Claire G. Lieberman | Accounts receivable 63770 | 1121-000 | $267.93 |  | $4,357.51 |
| 07/09/2020 | (3) | Lora Lee Brown | Accounts receivable 63827 | 1121-000 | $869.00 |  | $5,226.51 |
| 07/09/2020 | (3) | CMBA No. 6 LLC | Accounts receivable 63813 | 1121-000 | $2,759.00 |  | $7,985.51 |
| 07/09/2020 | (3) | Bruce Johnson/GRJ Properties LLC | Accounts receivable 63826, 1207 | 1121-000 | $417.28 |  | $8,402.79 |
| 07/09/2020 | (3) | Janice Sparrow | Accounts receivable, 63825 | 1121-000 | $422.40 |  | $8,825.19 |
| 07/09/2020 | (8) | Amerigas | Refund (inv 63791) | 1229-000 | $130.56 |  | $8,955.75 |
| 07/31/2020 |  | First Sound Bank | Bank Service Fee | 2600-000 |  | $56.28 | $8,899.47 |
| 08/31/2020 |  | First Sound Bank | Bank Service Fee | 2600-000 |  | $56.71 | $8,842.76 |
| 09/30/2020 |  | First Sound Bank | Bank Service Fee | 2600-000 |  | $56.64 | $8,786.12 |
| 10/31/2020 |  | First Sound Bank | Bank Service Fee | 2600-000 |  | $56.57 | $8,729.55 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-11633-CMA | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4707 | | Checking Acct #: | ******5356 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/11/2020 | | Blanket bond (per case limit): | $51,654,477.00 |
| For Period Ending: | 2/17/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2020 | | James G. Murphy Company | Net sale proceeds | * | $103,360.64 | | $112,090.19 |
| | {21} | | Toyota forklift | $5,300.00 | 1229-000 | | $112,090.19 |
| | {15} | | 1997 International 4700 | $10,750.00 | 1229-000 | | $112,090.19 |
| | {9} | | 2004 Ford F450 | $16,750.00 | 1229-000 | | $112,090.19 |
| | {11} | | 2000 Ford F350 | $12,750.00 | 1229-000 | | $112,090.19 |
| | {10} | | 2001 Ford F450 | $8,600.00 | 1229-000 | | $112,090.19 |
| | {13} | | 1990 Ford L8000 | $1,800.00 | 1229-000 | | $112,090.19 |
| | {19} | | 2002 Western dump trailer | $4,800.00 | 1229-000 | | $112,090.19 |
| | {6} | | 2017 Ford F250 | $34,750.00 | 1129-000 | | $112,090.19 |
| | {6} | | 2015 Ford F150 | $17,000.00 | 1129-000 | | $112,090.19 |
| | {35} | | 2013 Ford F150 | $7,200.00 | 1229-000 | | $112,090.19 |
| | {17} | | 2006 Ford F150 | $6,672.00 | 1229-000 | | $112,090.19 |
| | {16} | | 2005 Ford F150 | $4,511.00 | 1229-000 | | $112,090.19 |
| | {12} | | 2004 Ford F150 | $4,672.00 | 1229-000 | | $112,090.19 |
| | {17} | | 2006 Ford 150 | $4,701.00 | 1229-000 | | $112,090.19 |
| | {14} | | 2006 Ford E250 | $7,750.00 | 1229-000 | | $112,090.19 |
| | | | Ford Motor Credit - secured lienholder (2017 Ford F250) | $(16,312.93) | 4110-000 | | $112,090.19 |
| | | | Ford Motor Credit - secured lienholder 2015 Ford F150 | $(10,535.61) | 4110-000 | | $112,090.19 |
| | | | James G. Murphy Co - auctioneer costs - towing 14 vehicles | $(1,229.00) | 3610-000 | | $112,090.19 |
| | | | James G. Murphy Co. - auctioneer costs - towing Ford L8000 | $(543.62) | 3610-000 | | $112,090.19 |
| | | | James G. Murphy Co. - auctioneer costs - tire replacement | $(488.27) | 3610-000 | | $112,090.19 |
| | | | James G. Murphy Co. - auctioneer costs - repair hoses | $(735.33) | 3610-000 | | $112,090.19 |
| | | | James G. Murphy Co. - auctioneer fees | $(14,800.60) | 3610-000 | | $112,090.19 |
| 11/02/2020 | (36) | JJJ Properties NW LLC | Refund from landlord | 1229-000 | $2,264.90 | | $114,355.09 |
| 11/19/2020 | (3) | Windermere Property Management/JMW | Accounts receivable. Reversed - stop payment on check from maker | 1121-000 | $495.45 | | $114,850.54 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 20-11633-CMA | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4707 | | Checking Acct #: | ******5356 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/11/2020 | | Blanket bond (per case limit): | $51,654,477.00 |
| For Period Ending: | 2/17/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $186.41 | $114,664.13 |
| 12/02/2020 | (3) | Windermere Property Management/JMW | Accounts receivable. Reversed - stop payment on check from maker | 1121-000 | ($495.45) | | $114,168.68 |
| 12/04/2020 | (3) | St Moritz Apts (867) | Accounts receivable | 1121-000 | $522.98 | | $114,691.66 |
| 12/09/2020 | | Ford Motor Credit | refund of overpayment on pay off on truck | 4110-000 | | ($563.58) | $115,255.24 |
| 12/16/2020 | (3) | Windermere Property Managemetn/JWW | Accounts receivable | 1121-000 | $495.45 | | $115,750.69 |
| 12/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $196.75 | $115,553.94 |
| 01/19/2021 | (3) | 33430 Limited Partnership | Accounts receivable invoice 63812 | 1121-000 | $533.99 | | $116,087.93 |
| 01/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $197.45 | $115,890.48 |
| 02/28/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $197.62 | $115,692.86 |
| 03/17/2021 | 1000 | International Sureties, Ltd | Bond premium / pro-rata portion / 2021 | 2300-000 | | $49.24 | $115,643.62 |
| 03/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $197.35 | $115,446.27 |
| 04/19/2021 | (37) | Associated Employers Trust Commercial Construction | Premium Refund | 1229-000 | $1,528.68 | | $116,974.95 |
| 04/30/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $197.77 | $116,777.18 |
| 05/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.79 | $116,578.39 |
| 06/30/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.53 | $116,379.86 |
| 07/23/2021 | (38) | Capital Premium Financing, Inc. | Premium refund | 1229-000 | $711.98 | | $117,091.84 |
| 07/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.45 | $116,893.39 |
| 08/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.94 | $116,694.45 |
| 09/30/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.68 | $116,495.77 |
| 10/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $198.42 | $116,297.35 |
| 11/05/2021 | 1001 | Wood & Jones PS | per order on interim fees & expenses | * | | $17,140.65 | $99,156.70 |
| | | | Fees $(16,600.00) | 3210-000 | | | $99,156.70 |
| | | | Expenses $(540.65) | 3220-000 | | | $99,156.70 |
| 11/05/2021 | 1002 | Quackenbush Hansen & Cogar, CPAs, PLLC | interim fees & costs per order | * | | $8,478.29 | $90,678.41 |
| | | | fees $(8,352.75) | 3410-000 | | | $90,678.41 |
| | | | expenses $(125.54) | 3220-000 | | | $90,678.41 |

| Case No. | 20-11633-CMA | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | ASSOCIATED ROOFING INC | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4707 | | Checking Acct #: | ******5356 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/11/2020 | | Blanket bond (per case limit): | $51,654,477.00 |
| For Period Ending: | 2/17/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $182.36 | $90,496.05 |
| 12/31/2021 | | First Sound Bank | Bank Service Fee | 2600-000 | | $175.34 | $90,320.71 |
| 01/31/2022 | | First Sound Bank | Bank Service Fee | 2600-000 | | $175.11 | $90,145.60 |
| 02/28/2022 | | First Sound Bank | Bank Service Fee | 2600-000 | | $174.88 | $89,970.72 |
| 03/29/2022 | (20) | Neeleman Law Office | for truck Pearlla has | 1229-000 | $8,735.10 | | $98,705.82 |
| 03/29/2022 | 1002 | STOP PAYMENT: Quackenbush Hansen & Cogar, CPAs, PLLC | interim fees & costs per order / not received by QH&C. | * | | ($8,478.29) | $107,184.11 |
| | | | fees $8,352.75 | 3410-004 | | | $107,184.11 |
| | | | expenses $125.54 | 3220-004 | | | $107,184.11 |
| 03/29/2022 | 1003 | Quackenbush Hansen & Cogar, CPAs, PLLC | interim fees & costs per order / reissued check / original not received by QH&C. | * | | $8,478.29 | $98,705.82 |
| | | | expenses $(125.54) | 3220-000 | | | $98,705.82 |
| | | | fees $(8,352.75) | 3410-000 | | | $98,705.82 |
| 03/31/2022 | | First Sound Bank | Bank Service Fee | 2600-000 | | $175.39 | $98,530.43 |
| 05/17/2022 | 1004 | International Sureties, Ltd | 2022 trustee bond/prorata portion | 2300-000 | | $43.17 | $98,487.26 |
| 09/27/2022 | 1005 | Quackenbush Hansen & Cogar, CPAs, PLLC | Accountant fees & costs per final order | * | | $3,223.37 | $95,263.89 |
| | | | Fees $(3,145.00) | 3410-000 | | | $95,263.89 |
| | | | Expenses $(78.37) | 3420-000 | | | $95,263.89 |
| 09/27/2022 | 1006 | Edmund Wood | Trustee fees & costs per final order | * | | $11,957.22 | $83,306.67 |
| | | | Compensation $(11,837.74) | 2100-000 | | | $83,306.67 |
| | | | Expenses $(119.48) | 2200-000 | | | $83,306.67 |
| 09/27/2022 | 1007 | Wood & Jones PS | Attorney fees per final order | 3210-000 | | $8,478.00 | $74,828.67 |
| 09/27/2022 | 1008 | WOOD & JONES, P.S | Attorney expenses per final order | 3220-000 | | $303.26 | $74,525.41 |
| 09/27/2022 | 1009 | Internal Revenue Service | Claim #: 1; Distribution Dividend: 64.07 | 5800-000 | | $897.53 | $73,627.88 |
| 09/27/2022 | 1010 | Washington State Department of Labor & Industries | Claim #: 12; Distribution Dividend: 64.07; Account Number: 3200; | 5800-000 | | $16,742.71 | $56,885.17 |
| 09/27/2022 | 1011 | Washington Department of Revenue | Claim #: 14; Distribution Dividend: 64.07; Account Number: 4707; | 5800-000 | | $56,885.17 | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5    Exhibit 9

| **Case No.** | 20-11633-CMA | **Trustee Name:** | Edmund Wood |
| **Case Name:** | ASSOCIATED ROOFING INC | **Bank Name:** | First Sound Bank |
| **Primary Taxpayer ID #:** | **-***4707 | **Checking Acct #:** | ******5356 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 6/11/2020 | **Blanket bond (per case limit):** | $51,654,477.00 |
| **For Period Ending:** | 2/17/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $127,109.47 | $127,109.47 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $127,109.47 | $127,109.47 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $127,109.47 | $127,109.47 | |

For the period of  6/11/2020 to 2/17/2023

| | |
|---|---|
| Total Compensable Receipts: | $171,754.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $171,754.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,754.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,754.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/09/2020 to 2/17/2023

| | |
|---|---|
| Total Compensable Receipts: | $171,754.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $171,754.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,754.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,754.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6     Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 20-11633-CMA | |
| **Case Name:** | ASSOCIATED ROOFING INC | |
| **Primary Taxpayer ID #:** | **-***4707 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/11/2020 | |
| **For Period Ending:** | 2/17/2023 | |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******5356 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $51,654,477.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $127,109.47 | $127,109.47 | $0.00 |

**For the period of 6/11/2020 to 2/17/2023**

| | |
|---|---|
| Total Compensable Receipts: | $171,754.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $171,754.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,754.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,754.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/11/2020 to 2/17/2023**

| | |
|---|---|
| Total Compensable Receipts: | $171,754.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $171,754.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,754.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,754.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EDMUND WOOD

EDMUND WOOD